900/14-6733.DA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGER ROTTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:14-cv-07583 |
| ) | |
| ELK GROVE VILLAGE, an Illinois Municipal ) | Judge Robert M. Dow, Jr. |
| Entity; OFFICER JOHN WILLIAMS; and ) | |
| OFFICER RUSSELL SULLIVAN, ) | |
| ) | |
| Defendants. ) | Magistrate Judge Michael T. Mason |
| ) | |

## MOTION TO WITHDRAW APPEARANCE OF MARY A. JOHNSTON

William W. Kurnik, one of the attorneys of record for the Defendant/Counter-Plaintiff, ELK GROVE VILLAGE, an Illinois Municipal Entity, and Defendants OFFICER JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN, hereby moves to withdraw the appearance of Mary A. Johnston as counsel for ELK GROVE VILLAGE, OFFICER JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN, in the present matter. In support of this Motion, the undersigned states:

1. Mary A. Johnston is no longer employed by Knight, Hoppe, Kurnik & Knight, Ltd., the firm representing ELK GROVE VILLAGE, OFFICER JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN in this matter.

2. William W. Kurnik of Knight, Hoppe, Kurnik & Knight, Ltd. will remain as counsel for the Defendant/Counter-Plaintiff, ELK GROVE VILLAGE, an Illinois Municipal Entity, and Defendants OFFICER JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN.

- 2 -

WHEREFORE, the Defendant/Counter-Plaintiff, ELK GROVE VILLAGE, an Illinois Municipal Entity, and Defendants OFFICER JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN, respectfully request that this Honorable Court enter an order permitting the withdrawal of the appearance of Mary A. Johnston as counsel in this matter.

        Respectfully submitted by,

        /s/ William W. Kurnik
        WILLIAM W. KURNIK, Attorney #01550632
        One of the Attorneys for ELK GROVE VILLAGE,
        OFFICER JOHN WILLIAMS and OFFICER
        RUSSELL SULLIVAN

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:    847/261-0700
Facsimile:    847/261-0714
E-Mail:    bkurnik@khkklaw.com

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, hereby certifies that on March 12, 2018, the foregoing **MOTION TO WITHDRAW APPEARANCE OF MARY A. JOHNSTON** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

Martin A. Dolan, Mdolan@dolanlegal.com; kteele@dolanlegal.com

Karen Munoz, kmunoz@dolanlegal.com; mrose@dolanlegal.com

Gregory E. Rogus, grogus@grbarrister.com; efile@smsm.com; sdoman@smsm.com

William W. Kurnik, bkurnik@khkklaw.com; kstocco@khkklaw.com

Alexandra M. Shenoo, ashenoo@khkklaw.com , vsettipani@yahoo.com

Mary A. Johnston, mjohnston@khkklaw.com; kstocco@khkklaw.com

/s/ William W. Kurnik
WILLIAM W. KURNIK, Attorney #01550632

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for ELK GROVE VILLAGE, OFFICER
JOHN WILLIAMS and OFFICER RUSSELL SULLIVAN
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone:    847/261-0700
Facsimile:    847/261-0714
E-Mail:       bkurnik@khkklaw.com

G:\900 GallagherBass\6733 Rotter\pleadings\6733 Mot to Withdraw App - MJA.docx